UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CROWNHOLM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD B. MOORE, et al.,<br><br>Defendants. | No.  2:22-cv-01720-DAD-CKD<br><br>ORDER GRANTING THE APPLICATION OF PAUL V. AVELAR TO APPEAR PRO HAC VICE FOR PLAINTIFFS<br><br>(Doc. No. 4) |

Attorney Paul V. Avelar of the law firm Institute for Justice has applied to appear *pro hac vice* for plaintiffs. (Doc. No. 4.) Attorney Avelar has demonstrated good standing in courts in the State of Arizona and has paid the fee for admission. (*Id.*)  He has not concurrently or within the year preceding this application made a *pro hac vice* application to the court. (*Id.*)  His application is therefore approved, and the *pro hac vice* attorney is directed to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **September 30, 2022**                                /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE

1