UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CROWNHOLM, et al., | No. 2:22-cv-01720-DAD-CKD |
| Plaintiffs, | |
| v. | ORDER GRANTING THE APPLICATION OF MICHAEL GREENBERG TO APPEAR PRO HAC VICE FOR PLAINTIFFS |
| RICHARD B. MOORE, et al., | |
| Defendants. | (Doc. No. 5) |

Attorney Michael Greenberg of the law firm Institute for Justice has applied to appear *pro hac vice* for plaintiffs. (Doc. No. 5.) Attorney Greenberg has demonstrated good standing in courts in the District of Columbia and has paid the fee for admission. (*Id.*) He has not concurrently or within the year preceding this application made a *pro hac vice* application to the court. (*Id.*) His application is therefore approved, and the *pro hac vice* attorney is directed to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **September 30, 2022**                                  /s/ Dale A. Drozd
                                                                          UNITED STATES DISTRICT JUDGE

1