UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RYAN CROWNHOLM, ET AL.,**
    Plaintiff

v.                          **CASE NO. 2:22−CV−01720−DAD−CKD**

**RICHARD B. MOORE, ET AL.,**
    Defendant

   You are hereby notified that a Notice of Appeal was filed on **January 23, 2023** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 24, 2023

                          **KEITH HOLLAND**
                          **CLERK OF COURT**

                    **by:** /s/ E. Rodriguez
                         Deputy Clerk