UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:  CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:22−CV−01720−DAD−CKD** |
| USDC Judge: | **DISTRICT JUDGE DALE A. DROZD** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **RYAN CROWNHOLM vs. RICHARD B. MOORE** |
| Type: | **CIVIL** |
| Complaint Filed: | **9/29/2022** |
| Appealed Order/Judgment Filed: | **12/27/2022** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Paid on 1/20/2023 in the amount of $505.00**

Information prepared by: /s/  **E. Rodriguez , Deputy Clerk**