UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 3 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN CROWNHOLM; CROWN CAPITAL ADVENTURES, INC., DBA mysiteplan.com, a Delaware corporation, registered as a foreign corporation in California,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>RICHARD B. MOORE, in his Official Capacity as Executive Officer of the California Board for Professional Engineers, Land Surveyors, and Geologists; et al.,<br><br>    Defendants-Appellees. | No. 23-15093<br><br>D.C. No.<br>2:22-cv-01720-DAD-CKD<br>Eastern District of California, Sacramento<br><br>ORDER |

Appellants' motion for voluntary dismissal of this appeal (Docket Entry No. 3) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

             FOR THE COURT:

             MOLLY C. DWYER
             CLERK OF COURT


             By: Susan Hidalgo
             Deputy Clerk
             Ninth Circuit Rule 27-7

SH/MOATT